2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-20209-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Frank A. Karr<br>707 Baughman Avenue<br>Jeannette PA 15644 | Sandra R. Karr<br>707 Baughman Avenue<br>Jeannette PA 15644 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/28/2018.

Name and Address of Alleged Transferor(s):

Claim No. 1: Ally Financial, PO Box 130424, Roseville MN 55113-0004

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/03/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-20209-JAD
Frank A. Karr                                                                   Chapter 13
Sandra R. Karr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: amaz              Page 1 of 1           Date Rcvd: Oct 01, 2018
                            Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14356476        E-mail/Text: ally@ebn.phinsolutions.com Oct 02 2018 03:33:24      Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
            Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
             agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
            James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
            Maureen Kroll    on behalf of Joint Debtor Sandra R. Karr maureen@mkroll.comcastbiz.net,
             lisa@mkroll.comcastbiz.net
            Maureen Kroll    on behalf of Debtor Frank A. Karr maureen@mkroll.comcastbiz.net,
             lisa@mkroll.comcastbiz.net
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                  TOTAL: 6