# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

10/04/2021

IN RE:

| | |
|---|---|
| FRANK A. KARR | Case No.17-20209 JAD |
| SANDRA R. KARR | |
| 707 BAUGHMAN AVENUE | Chapter 13 |
| JEANNETTE, PA 15644 | |
| XXX-XX-5577          Debtor(s) | |

XXX-XX-5443

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/4/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC\*** | Trustee Claim Number:1   INT %: 5.75% | CRED DESC:  VEHICLE |
| PO BOX 772813 | Court Claim Number:1 | ACCOUNT NO.:  0692 |
| | CLAIM:  8,674.75 | |
| CHICAGO, IL  60677-2813 | COMMENT:  $-PMT/STIP@5.75%-PL\*FR ALLY-DOC 40 | |

| | | |
|---|---|---|
| **JPMORGAN MORTGAGE ACQUISITION CORP** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O RUSHMORE LOAN MANAGEMENT SVCS | Court Claim Number:3 | ACCOUNT NO.:  7648 |
| PO BOX 52708 | | |
| | CLAIM:  0.00 | |
| IRVINE, CA  92619-2708 | COMMENT:  CL3GOV\*605/PL\*604.57x(60+2)=LMT\*BGN 2/17\*FR DITECH-DOC 48\*FR LOANCARE-I | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(\*)** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| LOAN ADJUSTMENT DEPT\* | Court Claim Number:2 | ACCOUNT NO.:  8723 |
| 4140 E STATE ST | | |
| | CLAIM:  0.00 | |
| HERMITAGE, PA  16148 | COMMENT:  165/PL\*142 X (60+2)=LMT | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(\*)** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC\* | Court Claim Number:13 | ACCOUNT NO.:  1089 |
| PO BOX 27288 | | |
| | CLAIM:  3,326.93 | |
| TEMPE, AZ  85282 | COMMENT:  3085/SCH\*CITIBANK/ALNC ONE | |

| | | |
|---|---|---|
| **BEST BUY++** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 17298 | Court Claim Number: | ACCOUNT NO.:  0902 |
| | CLAIM:  0.00 | |
| BALTIMORE, MD  21297 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA CABELAS CLUB V** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:8 | ACCOUNT NO.:  9881 |
| | CLAIM:  2,875.16 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  FR WFB-DOC 43 | |

| | | |
|---|---|---|
| **CAPITAL MANAGEMENT SVCS++** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 726 EXCHANGE ST TE 700 | Court Claim Number: | ACCOUNT NO.:  9679 |
| | CLAIM:  0.00 | |
| BUFFALO, NY  14210 | COMMENT:  NT ADR~ONE MAIN FNCL/SCH | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC\*** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC(\*) | Court Claim Number:14 | ACCOUNT NO.:  4198 |
| PO BOX 27288 | | |
| | CLAIM:  5,310.75 | |
| TEMPE, AZ  85282 | COMMENT:  4839/SCH\*SYNCHRONY/LOWES | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.:  8575 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-2724 | COMMENT:  RADIOLOGIC CNSLTNTS/SCH | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.:  0176 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-2724 | COMMENT:  EXCELA HEALTH~WSTMRLND/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.:  0901 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-2724 | COMMENT:  EXCELA HEALTH/SCH | |

| | | |
|---|---|---|
| **CREDIT COLLECTION SERVICES** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 725 CANTON ST | Court Claim Number: | ACCOUNT NO.:  1049 |
| | CLAIM:  0.00 | |
| NORWOOD, MA  02062 | COMMENT:  QUEST DIAGNOSTIC/SCH | |

| | | |
|---|---|---|
| **DENNIS HUTT DPM** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| HUTT PODIATRY | Court Claim Number: | ACCOUNT NO.:  2330 |
| 1225 S MAIN ST STE 101 | | |
| | CLAIM:  0.00 | |
| GREENSBURG, PA  15601 | COMMENT: | |

| | | |
|---|---|---|
| **DENNIS HUTT DPM** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| HUTT PODIATRY | Court Claim Number: | ACCOUNT NO.: |
| 1225 S MAIN ST STE 101 | | |
| | CLAIM:  0.00 | |
| GREENSBURG, PA  15601 | COMMENT: | |

| | | |
|---|---|---|
| **EIS COLLECTIONS** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BOX 1398 | Court Claim Number: | ACCOUNT NO.:  4573 |
| | CLAIM:  0.00 | |
| REYNOLDSBURG, OH  43068 | COMMENT:  BEST BUY/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE NA**** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:15 | ACCOUNT NO.:  5481 |
| PO BOX 3001 | | |
| | CLAIM:  703.41 | |
| MALVERN, PA  19355-0701 | COMMENT:  NO ACCT/SCH*KOHLS | |

| | | |
|---|---|---|
| **UPMC PRESBYTERIAN SHADYSIDE HOSPITAL** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:12 | ACCOUNT NO.:  5443 |
| PO BOX 1123 | | |
| | CLAIM:  155.91 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  7142/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.:  7663 |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  SYNCHRONY BANK/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  SYNCHRONY BANK/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.:  4690 |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  SYNCHRONY BANK/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:6 | ACCOUNT NO.:  6227 |
| PO BOX 2011 | | |
| | CLAIM:  2,681.69 | |
| WARREN, MI  48090 | COMMENT:  9116/SCH*SYNCHRONY/WALMART | |

| | | |
|---|---|---|
| **NORTHLAND GROUP INC.** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 390905 | Court Claim Number: | ACCOUNT NO.:  6529 |
| | CLAIM:  0.00 | |
| MINNEAPOLIS, MN  55439 | COMMENT:  NT ADR~CITIBANK~SEARS/SCH | |

| | | |
|---|---|---|
| **NORTHLAND GROUP INC.** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 390905 | Court Claim Number: | ACCOUNT NO.:  5570 |
| | CLAIM:  0.00 | |
| MINNEAPOLIS, MN  55439 | COMMENT:  NT ADR~CITIBANK~THD/SCH | |

| | | |
|---|---|---|
| **ONE MAIN FINANCIAL(*)** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.:  9085 |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **SEARS/CITI CARD USA*++** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.:  4112 |
| POB 182149* | | |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT: | |

| | | |
|---|---|---|
| **STAPLES++** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 9029 | Court Claim Number: | ACCOUNT NO.:  6358 |
| | CLAIM:  0.00 | |
| DES MOINES, IA  50368-9029 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:5 | ACCOUNT NO.:  4463 |
| PO BOX 2011 | | |
| | CLAIM:  1,550.48 | |
| WARREN, MI  48090 | COMMENT:  NO ACCT/SCH*SYNCHRONY/CARE CREDIT | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:7 | ACCOUNT NO.:  8578 |
| PO BOX 2011 | | |
| | CLAIM:  276.41 | |
| WARREN, MI  48090 | COMMENT:  NO ACCT/SCH*SYNCHRONY/DICKS SPORTING GOODS | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:4 | ACCOUNT NO.:  0234 |
| PO BOX 2011 | | |
| | CLAIM:  3,947.55 | |
| WARREN, MI  48090 | COMMENT:  NO ACCT/SCH*SYNCHRONY/SAMS CLUB | |

| | | |
|---|---|---|
| **SYNCHRONY BANK++** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | Court Claim Number: | ACCOUNT NO.: |
| 25 SE 2ND AVE STE 1120 | | |
| | CLAIM:  0.00 | |
| MIAMI, FL  33131-1605 | COMMENT:  NT ADR~WAL MART/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **TRANSWORLD SYSTEMS++** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 507 PRUDENTIAL RD | Court Claim Number: | ACCOUNT NO.: 3989 |
| | CLAIM: 0.00 | |
| HORSHAM, PA 15090 | COMMENT: NT ADR/SCH | |
| **TRANSWORLD SYSTEMS++** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 507 PRUDENTIAL RD | Court Claim Number: | ACCOUNT NO.: 3991 |
| | CLAIM: 0.00 | |
| HORSHAM, PA 15090 | COMMENT: NT ADR/SCH | |
| **TRANSWORLD SYSTEMS++** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 507 PRUDENTIAL RD | Court Claim Number: | ACCOUNT NO.: 6061 |
| | CLAIM: 0.00 | |
| HORSHAM, PA 15090 | COMMENT: NT ADR/SCH | |
| **UPMC HEALTH SERVICES** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 371472 | Court Claim Number: | ACCOUNT NO.: 5262 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15250 | COMMENT: | |
| **UPMC++** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O POWELL ROGERS & SPEAKS | Court Claim Number: | ACCOUNT NO.: 5268 |
| POB 930* | CLAIM: 0.00 | |
| HALIFAX, PA 17032 | COMMENT: PRSBYTRN~SDYSD/SCH | |
| **ATT** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| POB 105262 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| ATLANTA, AL 30348 | COMMENT: NT ADR/SCH G | |
| **SAM AND DINA DONINI** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 700 BAUGHMAN AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| JEANNETTE, PA 15644 | COMMENT: | |
| **MARY KARR** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 109 EMBER LN BOX 19 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| DARRAGH, PA 15625 | COMMENT: /SCH H | |
| **JPMORGAN MORTGAGE ACQUISITION CORP** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O RUSHMORE LOAN MANAGEMENT SVCS | Court Claim Number:3 | ACCOUNT NO.: 7648 |
| PO BOX 52708 | CLAIM: 556.92 | |
| IRVINE, CA 92619-2708 | COMMENT: CL3GOV*$0ARRS/PL*THRU 1/17*FR DITECH-DOC 48*FR LOANCARE-DOC 53 | |
| **UNIVERSITY OF PITTSBURGH PHYSICIANS** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:9 | ACCOUNT NO.: 5443 |
| PO BOX 1123 | CLAIM: 566.98 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NT/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **UPMC EAST** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:10 | ACCOUNT NO.:  5577 |
| PO BOX 1123 | | |
| | CLAIM:  188.72 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **UPMC EAST** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:11 | ACCOUNT NO.:  5443 |
| PO BOX 1123 | | |
| | CLAIM:  274.32 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  DITECH FNCL/PRAE | |

| | | |
|---|---|---|
| **MCCABE WEISBERG & CONWAY PC (FORMERL** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 123 S BROAD ST STE 1400 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19109 | COMMENT:  NEW RESIDENTIAL MORT/PRAE | |