IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Case No. 17-20209-JAD |
| Frank A. Karr and | : |
| Sandra R. Karr, | : |
|     Debtors, | : |
| | : Chapter 13 |
| Frank A. Karr and | : |
| Sandra R. Karr, | : |
|     Movants, | : |
| | : Related to Document No. 58 |
| And | : |
| | : |
| Ronda J. Winnecour, Trustee, | : |
|     Respondent. | : |

## CERTIFICATE OF SERVICE

I, Maureen Kroll, Esquire, certify under penalty of perjury that I have served a copy of the January 7, 2022 Order To Stop Payroll Deductions on the affected parties at the addresses on the attached matrix on January 12, 2022. The parties were served by U.S. first-class mail, postage prepaid.

01/12/2022

/s/ Maureen Kroll, Esquire
Attorney for Debtors/Movants.
Pa. I.D. No. 61359

8981 Norwin Avenue, Suite 203
North Huntingdon, PA 15642
724-863-6770 / 724-821-9494 (fax)

maureen@mkroll.comcastbiz.net

## MAILING MATRIX

Alliance One Receivables Management Inc.
P.O. Box 3107
Southeastern, PA  19398

Ally Financial
P.O. Box 380901
Bloomington, MN  55438

Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD  57117

Cabelas Worlds Foremost Bank
4800 NW 1st Street
Suite 300
Lincoln, NE  68521

Capital Management Services, LP
698-1/2 South Ogden Street
Buffalo, NY  14206

Cavalry SPV I, LLC
P.O. Box 520
Valhalla, NY  10595

CBCS
P.O. Box 2724
Columbus, OH  43216

Credit Collection Services
725 Canton Street
Norwood, MA  02062

Dennis M. Hutt, DPM
Hutt Podiatry, Inc.
1225 S. Main Street
Suite 101
Greensburg, PA  15601

Ditech  
P.O. Box 6172  
Rapid City, SD  57709  

Estate Information Services, LLC  
d/b/a EIS Collections  
P.O. Box 1730  
Reynoldsburg, OH  43068  

First National Bank  
4140 E. State Street  
Hermitage, PA  16148  

Kohls Department Store  
P.O. Box 3115  
Milwaukee, WI  53201  

Mary Ann Karr  
109 Ember Lane  
Box 19  
Darragh, PA  15625  

Medicredit, Inc.  
P.O. Box 1629  
Maryland Heights, MO  63043  

Midland Funding LLC  
2365 Northside Drive  
Suite 300  
San Diego, CA  92108  

Midland Funding LLC  
c/o Ralph Gulko, Esquire  
Pressler and Pressler, LLP  
7 Entin Road  
Parsippany, NJ  07054  

Northland Group Inc.  
P.O. Box 390846  
Minneapolis, MN  55439

Northland Group Inc.
P.O. Box 390905
Minneapolis, MN  55439

One Main Financial
P.O. Box 183172
Columbus, OH  43218

Sam and Dina Donini
700 Baughman Avenue
Jeannette, PA  15644

Sears/CBNA
P.O. Box 6282
Sioux Falls, SD  57117

Staples/CBNA
P.O. Box 6497
Sioux Falls, SD  57117

SYNCB/Care Credit
P.O. Box 965036
Orlando, FL  32896

SYNCB/Dicks Sporting Goods
P.O. Box 965005
Orlando, FL  32896

SYNCB/Sams
P.O. Box 965005
Orlando, FL  32896

SYNCB/Walmart
P.O. Box 965024
Orlando, FL  32896

Transworld Systems Inc.
P.O. Box 15273
Wilmington, DE  19850

UPMC Health Services
P.O. Box 271472
Pittsburgh, PA  15250

UPMC Presbyterian Shadyside
P.O. Box 382059
Pittsburgh, PA  15259

Scientific Tool Inc.
596 Middletown Road
New Stanton, PA  15672
Attention:  Payroll Department

Scientific Tool Inc.
Attn.:  Payroll Manager
R.D. #1, Box 283B
New Stanton, PA  15672

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

U.S. Trustee's Office
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Sandra R. and Frank A. Karr
707 Baughman Avenue
Jeannette, PA  15644