**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **FRANK A. KARR** |
| Debtor 2 (Spouse, if filing) | **SANDRA R. KARR** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **17-20209JAD** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** JPMORGAN MORTGAGE ACQUISITION CORP

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 7 6 4 8

**Property Address:** 109 EMBER LN BOX 19
DARRAGH PA 15625

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 556.92 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 556.92 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 556.92 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ $604.57

The next postpetition payment is due on: 4 / 1 / 2022 (MM/DD/YYYY)

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N    **Notice of Final Cure Payment**    page 1

| | | | |
|---|---|---|---|
| Debtor 1 | **FRANK A. KARR** <br> Name | Case number *(if known)* | **17-20209JAD** |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour
Signature

Date 02/02/2022

| | |
|---|---|
| Trustee | Ronda J. Winnecour |
| Address | CHAPTER 13 TRUSTEE WD PA <br> 600 GRANT STREET <br> SUITE 3250 US STEEL TWR <br> PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

| Debtor 1 | FRANK A. KARR | Case number *(if known)* | 17-20209JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 03/28/2018 | 1073532 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 556.92 |
| | | | | 556.92 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/25/2017 | 1040436 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 2,418.28 |
| 06/27/2017 | 1043796 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 07/25/2017 | 1047113 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 08/25/2017 | 1050461 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 09/26/2017 | 1053788 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 10/25/2017 | 1057170 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 11/21/2017 | 1060472 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 12/21/2017 | 1063729 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 01/25/2018 | 1067133 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 02/23/2018 | 1070359 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 03/28/2018 | 1073532 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 04/24/2018 | 1076763 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 05/25/2018 | 1079999 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 282.14 |
| 06/22/2018 | 1083213 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 791.88 |
| 07/26/2018 | 1086344 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 739.69 |
| 08/28/2018 | 1089583 | DITECH FINANCIAL LLC F/K/A GREEN TRE | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 11/26/2018 | 1086344 | DITECH FINANCIAL LLC F/K/A GREEN TRE | CANCELLED CHECK TO CREDITOR/CONT | -739.69 |
| 11/26/2018 | 1098269 | DITECH FINANCIAL LLC(*) | PREWRITTEN CHECK TO CREDITOR/CON | 739.69 |
| 11/27/2018 | 1099187 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 1,813.71 |
| 12/21/2018 | 1102305 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 01/25/2019 | 1105456 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 02/25/2019 | 1108745 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 03/25/2019 | 1111989 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 04/26/2019 | 1115270 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 05/24/2019 | 1118674 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 06/25/2019 | 1122058 | DITECH FINANCIAL LLC(*) | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 07/29/2019 | 1126395 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 08/27/2019 | 1129866 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 09/24/2019 | 1133174 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 10/24/2019 | 1136501 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 11/25/2019 | 1139971 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 12/23/2019 | 1143350 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 01/28/2020 | 1146809 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 02/25/2020 | 1150333 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 03/23/2020 | 1153814 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 04/27/2020 | 1157277 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 05/26/2020 | 1160616 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 06/26/2020 | 1163753 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 07/29/2020 | 1166874 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 08/25/2020 | 1169951 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 09/28/2020 | 1173038 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 10/26/2020 | 1176126 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 11/24/2020 | 1179201 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 12/21/2020 | 1182154 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 01/25/2021 | 1185119 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 02/22/2021 | 1188245 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 03/26/2021 | 1191525 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 04/26/2021 | 1194786 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 05/25/2021 | 1197918 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 06/25/2021 | 1201100 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 07/26/2021 | 1204303 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 08/26/2021 | 1207426 | LOANCARE LLC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 09/24/2021 | 1210458 | JPMORGAN MORTGAGE ACQUISITION CC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 10/25/2021 | 1213536 | JPMORGAN MORTGAGE ACQUISITION CC | AMOUNTS DISBURSED TO CREDITOR | 1,209.14 |
| 11/22/2021 | 1216573 | JPMORGAN MORTGAGE ACQUISITION CC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 12/23/2021 | 1219633 | JPMORGAN MORTGAGE ACQUISITION CC | AMOUNTS DISBURSED TO CREDITOR | 604.57 |
| 01/26/2022 | 1222706 | JPMORGAN MORTGAGE ACQUISITION CC | AMOUNTS DISBURSED TO CREDITOR | 1,651.92 |
| | | | | 37,926.12 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

FRANK A. KARR
SANDRA R. KARR
707 BAUGHMAN AVENUE
JEANNETTE, PA  15644

MAUREEN KROLL
8981 NORWIN AVE
STE 203
NORTH HUNTINGDON, PA  15642

JPMORGAN MORTGAGE ACQUISITION CORP
C/O RUSHMORE LOAN MANAGEMENT SVCS
PO BOX 52708
IRVINE, CA  92619-2708

RUSHMORE LOAN MGMNT SVCS**
ATTN BANKRUPTCY NOTICING
PO BOX 55004
IRVINE, CA  92619-2708

EMMANUEL J ARGENTIERI ESQ
ROMANO GARUBO & AGRENTIERI
52 NEWTON AVE
P.O. BOX 456
WOODBURY, NJ  08096

| | |
|---|---|
| 2/2/22 | /s/ Roberta Saunier |
| | Administrative Assistant |
| | Office of the Chapter 13 Trustee |