Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Frank A. Karr
Sandra R. Karr
fka Sandra R. Aronckes**
   Debtor(s)

Bankruptcy Case No.: 17−20209−JAD

Chapter: 13
Docket No.: 72 − 68

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 28th of February, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/18/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/29/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/18/22.**

                                                                                         <u>Jeffery A. Deller</u>
                                                                                 United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20209-JAD |
| Frank A. Karr | Chapter 13 |
| Sandra R. Karr | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 01, 2022 | Form ID: 408 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank A. Karr, Sandra R. Karr, 707 Baughman Avenue, Jeannette, PA 15644-2920 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL, PO Box 6154, Rapid City, SD 57709-6154 |
| 14352136 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14352138 | + | Dennis M. Hutt, DPM, Hutt Podiatry, Inc., 1225 S. Main Street, Suite 101, Greensburg, PA 15601-5370 |
| 14352139 | + | Ditech, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14395759 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14352140 | + | Estate Information Services, LLC, d/b/a EIS Collections, P.O. Box 1730, Reynoldsburg, OH 43068-8730 |
| 15408860 | | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15082138 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14352143 | + | Mary Ann Karr, 109 Ember Lane, Box 19, Darragh, PA 15625-0019 |
| 15033325 | + | New Residential Mortgage LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14352148 | + | Northland Group Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14352147 | + | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14352150 | + | Sam and Dina Donini, 700 Baughman Avenue, Jeannette, PA 15644-2919 |
| 14416495 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14352158 | + | UPMC Health Services, P.O. Box 271472, Pittsburgh, PA 15250-0001 |
| 14352159 | + | UPMC Presbyterian Shadyside, P.O. Box 382059, Pittsburgh, PA 15259-0001 |
| 14416496 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14416494 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 01 2022 23:37:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14352130 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Mar 01 2022 23:37:00 | Alliance One Receivables Management Inc., P.O. Box 3107, Southeastern, PA 19398-3107 |
| 14356476 | | Email/Text: ally@ebn.phinsolutions.com | Mar 01 2022 23:37:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14352131 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 01 2022 23:37:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14352132 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 23:42:59 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14352133 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2022 23:42:42 | Cabelas Worlds Foremost Bank, 4800 NW 1st Street, Suite 300, Lincoln, NE 68521-4463 |
| 14352134 | + | Email/Text: cms-bk@cms-collect.com | Mar 01 2022 23:37:00 | Capital Management Services, LP, 698-1/2 South Ogden Street, Buffalo, NY 14206-2317 |

| Recipient | Notice Type | Date/Time | Address |
|---|---|---|---|
| 15032977 | + Email/PDF: ebn_ais@aisinfo.com | Mar 01 2022 23:42:43 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14519037 | Email/PDF: bncnotices@becket-lee.com | Mar 01 2022 23:42:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14419866 | + Email/Text: bankruptcy@cavps.com | Mar 01 2022 23:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14352135 | + Email/Text: bankruptcy@cavps.com | Mar 01 2022 23:37:00 | Cavalry SPV I, LLC, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14352137 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 01 2022 23:37:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14352141 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 01 2022 23:37:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14923286 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2022 23:37:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14352142 | + Email/Text: PBNCNotifications@peritusservices.com | Mar 01 2022 23:37:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14405945 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2022 23:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14352144 | + Email/Text: rcpsbankruptcynotices@parallon.com | Mar 01 2022 23:37:00 | Medicredit, Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 14352145 | + Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2022 23:37:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14352147 | + Email/Text: ngisupport@radiusgs.com | Mar 01 2022 23:37:00 | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14352148 | + Email/Text: ngisupport@radiusgs.com | Mar 01 2022 23:37:00 | Northland Group Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14352149 | + Email/PDF: cbp@onemainfinancial.com | Mar 01 2022 23:42:48 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14352146 | Email/Text: signed.order@pfwattorneys.com | Mar 01 2022 23:37:00 | Midland Funding LLC, c/o Ralph Gulko, Esquire, Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14352153 | + Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 23:42:43 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14352154 | + Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 23:42:43 | SYNCB/Dicks Sporting Goods, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14352155 | + Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 23:42:57 | SYNCB/Sams, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14352156 | + Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 23:42:49 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14352151 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 23:42:44 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14352152 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 23:42:58 | Staples/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14352157 | + Email/Text: bankruptcydepartment@tsico.com | Mar 01 2022 23:37:00 | Transworld Systems Inc., P.O. Box 15273, Wilmington, DE 19850-5273 |
| 14415326 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2022 23:42:48 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 30

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2022 | Form ID: 408 | Total Noticed: 49 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JP MORGAN MORTGAGE ACQUISITION CORP. |
| cr | | LOANCARE, LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2022                                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor New Residential Mortgage LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor LOANCARE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Emmanuel J. Argentieri | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. bk@rgalegal.com |
| Maureen Kroll | on behalf of Joint Debtor Sandra R. Karr maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Maureen Kroll | on behalf of Debtor Frank A. Karr maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11