**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

FRANK A. KARR
SANDRA R. KARR
       Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:17-20209 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 23, 2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/20/2017 and confirmed on 3/3/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 65,581.88 |
| Less Refunds to Debtor | 1,712.96 | |
| TOTAL AMOUNT OF PLAN FUND | | 63,868.92 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,820.00 | |
|   Trustee Fee | 3,035.44 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,855.44 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMORGAN MORTGAGE ACQUISITION C( | 0.00 | 37,926.12 | 0.00 | 37,926.12 |
|     Acct: 7648 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 8,804.00 | 0.00 | 8,804.00 |
|     Acct: 8723 | | | | |
|   JPMORGAN MORTGAGE ACQUISITION C( | 556.92 | 556.92 | 0.00 | 556.92 |
|     Acct: 7648 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 8,674.75 | 8,674.75 | 1,337.21 | 10,011.96 |
|     Acct: 0692 | | | | |
| | | | | 57,299.00 |
| **Priority** | | | | |
|   MAUREEN KROLL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK A. KARR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK A. KARR | 492.50 | 492.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK A. KARR | 1,220.46 | 1,220.46 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MAUREEN KROLL | 1,820.00 | 1,820.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 3,326.93 | 260.94 | 0.00 | 260.94 |
|     Acct: 1089 | | | | |
|   BEST BUY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0902 | | | | |
|   CAPITAL ONE BANK (USA) NA CABELAS C | 2,875.16 | 225.52 | 0.00 | 225.52 |
|     Acct: 9881 | | | | |
|   CAPITAL MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9679 | | | | |
|   CAVALRY SPV I LLC* | 5,310.75 | 416.56 | 0.00 | 416.56 |
|     Acct: 4198 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |

17-20209 JAD                                                                                                        Page 2 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 8575 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0176 | | | | |
| | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0901 | | | | |
| | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1049 | | | | |
| | DENNIS HUTT DPM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2330 | | | | |
| | DENNIS HUTT DPM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | EIS COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4573 | | | | |
| | CAPITAL ONE NA** | 703.41 | 55.18 | 0.00 | 55.18 |
| | Acct: 5481 | | | | |
| | UPMC PRESBYTERIAN SHADYSIDE HOSP | 155.91 | 12.23 | 0.00 | 12.23 |
| | Acct: 5443 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7663 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4690 | | | | |
| | MIDLAND FUNDING LLC | 2,681.69 | 210.34 | 0.00 | 210.34 |
| | Acct: 6227 | | | | |
| | NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6529 | | | | |
| | NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5570 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9085 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4112 | | | | |
| | STAPLES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6358 | | | | |
| | MIDLAND FUNDING LLC | 1,550.48 | 121.61 | 0.00 | 121.61 |
| | Acct: 4463 | | | | |
| | MIDLAND FUNDING LLC | 276.41 | 21.68 | 0.00 | 21.68 |
| | Acct: 8578 | | | | |
| | MIDLAND FUNDING LLC | 3,947.55 | 309.63 | 0.00 | 309.63 |
| | Acct: 0234 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3989 | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3991 | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6061 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5262 | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5268 | | | | |
| | UNIVERSITY OF PITTSBURGH PHYSICIAN | 566.98 | 44.47 | 0.00 | 44.47 |
| | Acct: 5443 | | | | |
| | UPMC EAST | 188.72 | 14.80 | 0.00 | 14.80 |
| | Acct: 5577 | | | | |
| | UPMC EAST | 274.32 | 21.52 | 0.00 | 21.52 |
| | Acct: 5443 | | | | |
| | ATT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: | | | | | |
| | SAM AND DINA DONINI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | MARY KARR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | MCCABE WEISBERG & CONWAY PC (FOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 1,714.48 |

TOTAL PAID TO CREDITORS                                                                                                   59,013.48

TOTAL CLAIMED
PRIORITY            0.00
SECURED         9,231.67
UNSECURED      21,858.31

Date: 02/23/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    FRANK A. KARR
    SANDRA R. KARR
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-20209 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-20209-JAD |
| Frank A. Karr | Chapter 13 |
| Sandra R. Karr | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 01, 2022 | Form ID: pdf900 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank A. Karr, Sandra R. Karr, 707 Baughman Avenue, Jeannette, PA 15644-2920 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL, PO Box 6154, Rapid City, SD 57709-6154 |
| 14352136 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14352138 | + | Dennis M. Hutt, DPM, Hutt Podiatry, Inc., 1225 S. Main Street, Suite 101, Greensburg, PA 15601-5370 |
| 14352139 | + | Ditech, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14395759 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14352140 | + | Estate Information Services, LLC, d/b/a EIS Collections, P.O. Box 1730, Reynoldsburg, OH 43068-8730 |
| 15408860 | | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15082138 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14352143 | + | Mary Ann Karr, 109 Ember Lane, Box 19, Darragh, PA 15625-0019 |
| 15033325 | + | New Residential Mortgage LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14352148 | + | Northland Group Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14352147 | + | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14352150 | + | Sam and Dina Donini, 700 Baughman Avenue, Jeannette, PA 15644-2919 |
| 14416495 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14352158 | + | UPMC Health Services, P.O. Box 271472, Pittsburgh, PA 15250-0001 |
| 14352159 | + | UPMC Presbyterian Shadyside, P.O. Box 382059, Pittsburgh, PA 15259-0001 |
| 14416496 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14416494 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 01 2022 23:37:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14352130 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Mar 01 2022 23:37:00 | Alliance One Receivables Management Inc., P.O. Box 3107, Southeastern, PA 19398-3107 |
| 14356476 | | Email/Text: ally@ebn.phinsolutions.com | Mar 01 2022 23:37:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14352131 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 01 2022 23:37:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14352132 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 23:42:58 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14352133 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2022 23:42:42 | Cabelas Worlds Foremost Bank, 4800 NW 1st Street, Suite 300, Lincoln, NE 68521-4463 |
| 14352134 | + | Email/Text: cms-bk@cms-collect.com | Mar 01 2022 23:37:00 | Capital Management Services, LP, 698-1/2 South Ogden Street, Buffalo, NY 14206-2317 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15032977 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 01 2022 23:42:43 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14519037 | | Email/PDF: bncnotices@becket-lee.com | Mar 01 2022 23:42:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14419866 | + | Email/Text: bankruptcy@cavps.com | Mar 01 2022 23:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14352135 | + | Email/Text: bankruptcy@cavps.com | Mar 01 2022 23:37:00 | Cavalry SPV I, LLC, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14352137 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 01 2022 23:37:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14352141 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 01 2022 23:37:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14923286 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 01 2022 23:37:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14352142 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 01 2022 23:37:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14405945 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2022 23:37:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14352144 | + | Email/Text: rcpsbankruptcynotices@parallon.com | Mar 01 2022 23:37:00 | Medicredit, Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 14352145 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 01 2022 23:37:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14352147 | + | Email/Text: ngisupport@radiusgs.com | Mar 01 2022 23:37:00 | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14352148 | + | Email/Text: ngisupport@radiusgs.com | Mar 01 2022 23:37:00 | Northland Group Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14352149 | + | Email/PDF: cbp@onemainfinancial.com | Mar 01 2022 23:42:48 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14352146 | | Email/Text: signed.order@pfwattorneys.com | Mar 01 2022 23:37:00 | Midland Funding LLC, c/o Ralph Gulko, Esquire, Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14352153 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 23:42:43 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14352154 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 23:42:49 | SYNCB/Dicks Sporting Goods, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14352155 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 23:42:49 | SYNCB/Sams, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14352156 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2022 23:42:43 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14352151 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 23:42:44 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14352152 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2022 23:42:44 | Staples/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14352157 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 01 2022 23:37:00 | Transworld Systems Inc., P.O. Box 15273, Wilmington, DE 19850-5273 |
| 14415326 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 01 2022 23:42:57 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JP MORGAN MORTGAGE ACQUISITION CORP. |
| cr | | LOANCARE, LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 03, 2022                Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor New Residential Mortgage LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor LOANCARE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Emmanuel J. Argentieri | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. bk@rgalegal.com |
| Maureen Kroll | on behalf of Joint Debtor Sandra R. Karr maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Maureen Kroll | on behalf of Debtor Frank A. Karr maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 11