Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Frank Karr |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of PA (State) |
| Case number | 17-20209/JAD |

## Form 4100R

Amended ✱ **Response to Notice of Final Cure Payment**                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of creditor:**   J.P. MORGAN MORTGAGE ACQUISITION CORP.

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account:   7  6  4  8

**Property address:**   BOX 19 EVANSTOWN ROA
Number   Street
DARRAGH, PA 15625

City           State      ZIP Code

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   3 / 1 / 22
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                    (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:      + (b) $ _____

c.  **Total.** Add lines a and b.                          (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   3 / 1 / 2022
MM / DD / YYYY

Form 4100R              Response to Notice of Final Cure Payment              page 1

17-20209/JAD

Debtor 1      FRANK KARR                 Case number *(if known)* _____

First Name      Middle Name      Last Name

---

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗    /S/EMMANUEL J. ARGENTIERI      Date 3 /14/ 2022

Signature

Print    EMMANUEL J. ARGENTIERI      Title   ATTY-AT-LAW

First Name    Middle Name    Last Name

Company    ROMANO GARUBO & ARGENTIERI

**If different from the notice address listed on the proof of claim to which this response applies:**

Address _____

Number      Street

_____

City      State    ZIP Code

Contact phone ( ____ ) ____ – _____      Email  BK@RGALEGAL.COM

---

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                                :
                                                      :
FRANK A. KARR                                         :
xxx-xx-5577                                           :CHAPTER 13
                        Debtor.                       :CASE NO. 17-20209/JAD
                                                      :
                                                      :

### CERTIFICATION OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending copies of J.P. Morgan Mortgage Acquisition Corp's AMENDED response to the Trustee's notice of final cure payment as follows:

Date Served:  3/14/22

    Ronda J. Winnecour
    Suite 3250, USX Tower
    600 Grant Street
    Pittsburgh, PA 15219
    *Chapter 13 Trustee - Via ECF Filing*

    Frank A. Karr & Sandra R. Karr
    707 Baughman Avenue
    Jeannette, PA 15644
    *DEBTOR – Via First Class Mail*

    Office of the United States Trustee
    Liberty Center.
    1001 Liberty Avenue, Suite 970
    Pittsburgh, PA 15222
    *US TRUSTEE - Via ECF Filing*

    Maureen Kroll
    8981 Norwin Avenue, Suite 203
    North Huntingdon, PA 15642
    *ATTORNEY FOR DEBTOR - Via ECF Filing*

I hereby certify under penalty of perjury that the foregoing it true and correct.

Dated:  3/14/22

                                        /S/EMMANUEL J. ARGENTIERI
                                        EMMANUEL J. ARGENTIERI

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com