**Fill in this information to identify the case:**

Debtor 1: Frank Karr

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Western District of PA

Case number: 17-20209/JAD

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: J.P. MORGAN MORTGAGE ACQUISITION CORP.

Court claim no. (if known): 3

Last 4 digits of any number you use to identify the debtor's account: 7 6 4 8

Property address:
BOX 19 EVANSTOWN ROA
DARRAGH, PA 15625

### Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 4/1/2022

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. Total. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 4/1/2022

Form 4100R    Response to Notice of Final Cure Payment    page 1

17-20209/JAD

Debtor 1    FRANK KARR    Case number (if known) _____
     First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗    /S/EMMANUEL J. ARGENTIERI      Date 3/15/2022
     Signature

Print    EMMANUEL J. ARGENTIERI      Title ATTY-AT-LAW
     First Name    Middle Name    Last Name

Company    ROMANO GARUBO & ARGENTIERI

*If different from the notice address listed on the proof of claim to which this response applies:*

Address _____
     Number    Street

_____
City    State    ZIP Code

Contact phone ( ___ ) ___ – _____      Email BK@RGALEGAL.COM

Form 4100R      Response to Notice of Final Cure Payment      page 2

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

FRANK A. KARR
xxx-xx-5577
               Debtor.

:
:
:
:CHAPTER 13
:CASE NO. 17-20209/JAD
:
:

## CERTIFICATION OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending copies of J.P. Morgan Mortgage Acquisition Corp's AMENDED response to the Trustee's notice of final cure payment as follows:

Date Served: 3/15/22

    Ronda J. Winnecour
    Suite 3250, USX Tower
    600 Grant Street
    Pittsburgh, PA 15219
    ***Chapter 13 Trustee - Via ECF Filing***

    Frank A. Karr & Sandra R. Karr
    707 Baughman Avenue
    Jeannette, PA 15644
    ***DEBTOR – Via First Class Mail***

    Office of the United States Trustee
    Liberty Center.
    1001 Liberty Avenue, Suite 970
    Pittsburgh, PA 15222
    ***US TRUSTEE - Via ECF Filing***

    Maureen Kroll
    8981 Norwin Avenue, Suite 203
    North Huntingdon, PA 15642
    ***ATTORNEY FOR DEBTOR - Via ECF Filing***

I hereby certify under penalty of perjury that the foregoing it true and correct.

Dated: 3/15/22

                                 /S/EMMANUEL J. ARGENTIERI
                                 EMMANUEL J. ARGENTIERI

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
eargentieri@rgalegal.com