# UNITED STATES BANKRUPTCY COURT
## Western District of Pennsylvania

| | | |
|---|---|---|
| In Re: | : | Bankruptcy Case No. 17-20209-JAD |
| Frank A. Karr and | : | |
| Sandra R. Karr, | : | |
|     Debtors, | : | |
| | : | Chapter 13 |
| Frank A. Karr and | : | |
| Sandra R. Karr, | : | |
|     Movants, | : | |
| | : | Related to Document No. 80 |
| And | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
|     Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maureen Kroll, Esquire, certify under penalty of perjury that I have served a copy of the April 21, 2022 Default Order of Court on the affected parties at the addresses on the attached matrix on April 22, 2022. The parties were served by U.S. first-class mail, postage prepaid.

04/22/2022                    /s/ Maureen Kroll, Esquire
                              Attorney for Debtors/Movants.
                              Pa. I.D. No. 61359

                              8981 Norwin Avenue, Suite 203
                              North Huntingdon, PA 15642
                              724-863-6770 / 724-821-9494 (fax)

                              maureen@mkroll.comcastbiz.net

MAILING MATRIX

Alliance One Receivables Management Inc.
P.O. Box 3107
Southeastern, PA  19398

Ally Financial
P.O. Box 380901
Bloomington, MN  55438

Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD  57117

Cabelas Worlds Foremost Bank
4800 NW 1st Street
Suite 300
Lincoln, NE  68521

Capital Management Services, LP
698-1/2 South Ogden Street
Buffalo, NY  14206

Cavalry SPV I, LLC
P.O. Box 520
Valhalla, NY  10595

CBCS
P.O. Box 2724
Columbus, OH  43216

Credit Collection Services
725 Canton Street
Norwood, MA  02062

Dennis M. Hutt, DPM
Hutt Podiatry, Inc.
1225 S. Main Street
Suite 101
Greensburg, PA  15601

Ditech
P.O. Box 6172
Rapid City, SD  57709

Estate Information Services, LLC
d/b/a EIS Collections
P.O. Box 1730
Reynoldsburg, OH  43068

First National Bank
4140 E. State Street
Hermitage, PA  16148

J. P. Morgan Mortgage Acquisition Corp.
c/o Emmanuel J. Argentieri, Esquire
Romano Garubo & Argentieri
52 Newton Avenue
P.O. Box 456
Woodbury, NJ  08096

Kohls Department Store
P.O. Box 3115
Milwaukee, WI  53201

Mary Ann Karr
109 Ember Lane
Box 19
Darragh, PA  15625

Medicredit, Inc.
P.O. Box 1629
Maryland Heights, MO  63043

Midland Funding LLC
2365 Northside Drive
Suite 300
San Diego, CA  92108

Midland Funding LLC
c/o Ralph Gulko, Esquire
Pressler and Pressler, LLP
7 Entin Road
Parsippany, NJ  07054

Northland Group Inc.
P.O. Box 390846
Minneapolis, MN  55439

Northland Group Inc.
P.O. Box 390905
Minneapolis, MN  55439

One Main Financial
P.O. Box 183172
Columbus, OH  43218

Sam and Dina Donini
700 Baughman Avenue
Jeannette, PA  15644

Sears/CBNA
P.O. Box 6282
Sioux Falls, SD  57117

Staples/CBNA
P.O. Box 6497
Sioux Falls, SD  57117

SYNCB/Care Credit
P.O. Box 965036
Orlando, FL  32896

SYNCB/Dicks Sporting Goods
P.O. Box 965005
Orlando, FL  32896

SYNCB/Sams
P.O. Box 965005
Orlando, FL  32896

SYNCB/Walmart
P.O. Box 965024
Orlando, FL  32896

Transworld Systems Inc.
P.O. Box 15273
Wilmington, DE  19850

UPMC Health Services
P.O. Box 271472
Pittsburgh, PA  15250

UPMC Presbyterian Shadyside
P.O. Box 382059
Pittsburgh, PA  15259

Scientific Tool Inc.
596 Middletown Road
New Stanton, PA  15672
Attention:  Payroll Department

Scientific Tool Inc.
Attn.:  Payroll Manager
R.D. #1, Box 283B
New Stanton, PA  15672

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

U.S. Trustee's Office
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Sandra R. and Frank A. Karr
707 Baughman Avenue
Jeannette, PA  15644