| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Frank A. Karr**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5577<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Sandra R. Karr**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5443<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:  17–20209–JAD | | |

# Order of Discharge                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank A. Karr                           Sandra R. Karr
                                        fka Sandra R. Aronckes

4/21/22                                 **By the court:** Jeffery A. Deller
                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Frank A. Karr  
Sandra R. Karr  
    Debtors

Case No. 17-20209-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: 3180W | Total Noticed: 51 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank A. Karr, Sandra R. Karr, 707 Baughman Avenue, Jeannette, PA 15644-2920 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL, PO Box 6154, Rapid City, SD 57709-6154 |
| 14352136 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14352138 | + | Dennis M. Hutt, DPM, Hutt Podiatry, Inc., 1225 S. Main Street, Suite 101, Greensburg, PA 15601-5370 |
| 14352139 | + | Ditech, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14395759 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14352140 | + | Estate Information Services, LLC, d/b/a EIS Collections, P.O. Box 1730, Reynoldsburg, OH 43068-8730 |
| 15408860 | | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15082138 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14352143 | + | Mary Ann Karr, 109 Ember Lane, Box 19, Darragh, PA 15625-0019 |
| 15033325 | + | New Residential Mortgage LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14352150 | + | Sam and Dina Donini, 700 Baughman Avenue, Jeannette, PA 15644-2919 |
| 14416495 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14352158 | + | UPMC Health Services, P.O. Box 271472, Pittsburgh, PA 15250-0001 |
| 14352159 | + | UPMC Presbyterian Shadyside, P.O. Box 382059, Pittsburgh, PA 15259-0001 |
| 14416496 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14416494 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 22 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 22 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 21 2022 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 21 2022 23:38:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14352130 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 21 2022 23:38:00 | Alliance One Receivables Management Inc., P.O. Box 3107, Southeastern, PA 19398-3107 |

Case 17-20209-JAD    Doc 85    Filed 04/23/22    Entered 04/24/22 00:24:44    Desc Imaged
                                  Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: 3180W | Total Noticed: 51 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14356476 | | EDI: GMACFS.COM | Apr 22 2022 03:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14352131 | + | EDI: GMACFS.COM | Apr 22 2022 03:38:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14352132 | + | EDI: CITICORP.COM | Apr 22 2022 03:38:00 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14352133 | + | EDI: CAPITALONE.COM | Apr 22 2022 03:38:00 | Cabelas Worlds Foremost Bank, 4800 NW 1st Street, Suite 300, Lincoln, NE 68521-4463 |
| 14352134 | + | Email/Text: cms-bk@cms-collect.com | Apr 21 2022 23:38:00 | Capital Management Services, LP, 698-1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15032977 | + | EDI: AIS.COM | Apr 22 2022 03:38:00 | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 14519037 | | Email/PDF: bncnotices@becket-lee.com | Apr 21 2022 23:41:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14419866 | + | Email/Text: bankruptcy@cavps.com | Apr 21 2022 23:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14352135 | + | Email/Text: bankruptcy@cavps.com | Apr 21 2022 23:38:00 | Cavalry SPV I, LLC, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14352137 | + | EDI: CCS.COM | Apr 22 2022 03:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14352141 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 21 2022 23:38:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14923286 | | EDI: JEFFERSONCAP.COM | Apr 22 2022 03:38:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15408860 | | Email/Text: BkGeneralInbox@rushmorelm.com | Apr 21 2022 23:38:00 | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14352142 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 21 2022 23:38:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15082138 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 21 2022 23:38:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14405945 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2022 23:38:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14352144 | + | EDI: PARALONMEDCREDT | Apr 22 2022 03:38:00 | Medicredit, Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 14352145 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2022 23:38:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14352147 | + | EDI: PINNACLE.COM | Apr 22 2022 03:38:00 | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14352148 | + | EDI: PINNACLE.COM | Apr 22 2022 03:38:00 | Northland Group Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14352149 | + | EDI: AGFINANCE.COM | Apr 22 2022 03:38:00 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14352146 | | Email/Text: signed.order@pfwattorneys.com | Apr 21 2022 23:38:00 | Midland Funding LLC, c/o Ralph Gulko, Esquire, Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14352153 | + | EDI: RMSC.COM | Apr 22 2022 03:38:00 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14352154 | + | EDI: RMSC.COM | Apr 22 2022 03:38:00 | SYNCB/Dicks Sporting Goods, P.O. Box 965005, Orlando, FL 32896-5005 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14352155 | + | EDI: RMSC.COM | Apr 22 2022 03:38:00 | SYNCB/Sams, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14352156 | + | EDI: RMSC.COM | Apr 22 2022 03:38:00 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14352151 | + | EDI: CITICORP.COM | Apr 22 2022 03:38:00 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14352152 | + | EDI: CITICORP.COM | Apr 22 2022 03:38:00 | Staples/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14352157 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 21 2022 23:38:00 | Transworld Systems Inc., P.O. Box 15273, Wilmington, DE 19850-5273 |
| 14415326 | | EDI: CAPITALONE.COM | Apr 22 2022 03:38:00 | WORLD'S FOREMOST BANK, CABELA'S CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JP MORGAN MORTGAGE ACQUISITION CORP. |
| cr | | LOANCARE, LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor New Residential Mortgage LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor LOANCARE LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 21, 2022 | Form ID: 3180W | Total Noticed: 51 |

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Emmanuel J. Argentieri
    on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. bk@rgalegal.com

Maureen Kroll
    on behalf of Joint Debtor Sandra R. Karr maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Maureen Kroll
    on behalf of Debtor Frank A. Karr maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 11