IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
    FRANK A. KARR
    SANDRA R. KARR
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-20209 JAD

Chapter 13

Document No.: 68

FILED
4/21/22 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

    AND NOW, this __21st__ day of __April__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE   jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Frank A. Karr  
Sandra R. Karr  
    Debtors

Case No. 17-20209-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Apr 21, 2022      Form ID: pdf900      Total Noticed: 49

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank A. Karr, Sandra R. Karr, 707 Baughman Avenue, Jeannette, PA 15644-2920 |
| cr | + | Ally Financial, Tucker Arensberg, P.C., c/o Brett A. Solomon, Esquire, 1500 One PPG Place, Pittsburgh, Pa 15222-5413 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | Ditech Financial LLC f/k/a Green Tree Servicing LL, PO Box 6154, Rapid City, SD 57709-6154 |
| 14352136 | + | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14352138 | + | Dennis M. Hutt, DPM, Hutt Podiatry, Inc., 1225 S. Main Street, Suite 101, Greensburg, PA 15601-5370 |
| 14352139 | + | Ditech, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14395759 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14352140 | + | Estate Information Services, LLC, d/b/a EIS Collections, P.O. Box 1730, Reynoldsburg, OH 43068-8730 |
| 15408860 | | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 15082138 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14352143 | + | Mary Ann Karr, 109 Ember Lane, Box 19, Darragh, PA 15625-0019 |
| 15033325 | + | New Residential Mortgage LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14352150 | + | Sam and Dina Donini, 700 Baughman Avenue, Jeannette, PA 15644-2919 |
| 14416495 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14352158 | + | UPMC Health Services, P.O. Box 271472, Pittsburgh, PA 15250-0001 |
| 14352159 | + | UPMC Presbyterian Shadyside, P.O. Box 382059, Pittsburgh, PA 15259-0001 |
| 14416496 | | UPMC Presbyterian Shadyside Hospital, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14416494 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 21 2022 23:38:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14352130 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 21 2022 23:38:00 | Alliance One Receivables Management Inc., P.O. Box 3107, Southeastern, PA 19398-3107 |
| 14356476 | | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2022 23:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14352131 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 21 2022 23:38:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14352132 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:51:59 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14352133 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2022 23:41:35 | Cabelas Worlds Foremost Bank, 4800 NW 1st Street, Suite 300, Lincoln, NE 68521-4463 |
| 14352134 | + | Email/Text: cms-bk@cms-collect.com | Apr 21 2022 23:38:00 | Capital Management Services, LP, 698-1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 15032977 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 21 2022 23:41:49 | Capital One Bank (USA) N.A Cabelas Club Visa, |

Case 17-20209-JAD    Doc 86    Filed 04/23/22    Entered 04/24/22 00:24:44    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 49 |

| Recipient | Delivery Method | Timestamp | Address |
|---|---|---|---|
| 14519037 | Email/PDF: bncnotices@becket-lee.com | Apr 21 2022 23:41:36 | By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14419866 | + Email/Text: bankruptcy@cavps.com | Apr 21 2022 23:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14352135 | + Email/Text: bankruptcy@cavps.com | Apr 21 2022 23:38:00 | Cavalry SPV I, LLC, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14352137 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 21 2022 23:38:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14352141 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 21 2022 23:38:00 | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14923286 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 21 2022 23:38:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 15408860 | Email/Text: BkGeneralInbox@rushmorelm.com | Apr 21 2022 23:38:00 | JP MORGAN MORTGAGE ACQUISITION CORP., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14352142 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 21 2022 23:38:00 | Kohls Department Store, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 15082138 | + Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 21 2022 23:38:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 14405945 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2022 23:38:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14352144 | + Email/Text: rcpsbankruptcynotices@parallon.com | Apr 21 2022 23:38:00 | Medicredit, Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 14352145 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 21 2022 23:38:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14352147 | + Email/Text: ngisupport@radiusgs.com | Apr 21 2022 23:38:00 | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14352148 | + Email/Text: ngisupport@radiusgs.com | Apr 21 2022 23:38:00 | Northland Group Inc., P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 14352149 | + Email/PDF: cbp@onemainfinancial.com | Apr 21 2022 23:41:35 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14352146 | Email/Text: signed.order@pfwattorneys.com | Apr 21 2022 23:38:00 | Midland Funding LLC, c/o Ralph Gulko, Esquire, Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14352153 | + Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 23:41:20 | SYNCB/Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14352154 | + Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 23:41:20 | SYNCB/Dicks Sporting Goods, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14352155 | + Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 23:41:49 | SYNCB/Sams, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14352156 | + Email/PDF: gecsedi@recoverycorp.com | Apr 21 2022 23:41:20 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14352151 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:41:50 | Sears/CBNA, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14352152 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 21 2022 23:51:59 | Staples/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14352157 | + Email/Text: bankruptcydepartment@tsico.com | Apr 21 2022 23:38:00 | Transworld Systems Inc., P.O. Box 15273, Wilmington, DE 19850-5273 |
| 14415326 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 21 2022 23:41:20 | WORLD'S FOREMOST BANK, CABELA'S |

CLUB VISA, PO BOX 82609, LINCOLN, NE 68501-2609

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JP MORGAN MORTGAGE ACQUISITION CORP. |
| cr | | LOANCARE, LLC |
| cr | | New Residential Mortgage LLC |
| cr | *+ | Capital One Bank (USA) N.A Cabelas Club Visa, By American Infosource as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2022              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor New Residential Mortgage LLC ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor LOANCARE  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor New Residential Mortgage LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Emmanuel J. Argentieri | on behalf of Creditor JP MORGAN MORTGAGE ACQUISITION CORP. bk@rgalegal.com |
| Maureen Kroll | on behalf of Joint Debtor Sandra R. Karr maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Maureen Kroll | on behalf of Debtor Frank A. Karr maureen@mkroll.comcastbiz.net lisa@mkroll.comcastbiz.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 21, 2022 | Form ID: pdf900 | Total Noticed: 49

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11